UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 28 AM 10: 26

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 MJ 2649 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| **Cristina RIVERA** ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Illegal Alien(s) |
| Defendant. ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about **August 26, 2008**, within the Southern District of California, defendant **Cristina RIVERA**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Victor VILLEGAS-Tellez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

_____
SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th DAY OF **August, 2008.**

_____
Honorable William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

DOA
8/27/08
ECL

DOA 08-27-08

## PROBABLE CAUSE STATEMENT

The complainant states that **Victor VILLEGAS-Tellez**, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 26, 2008, at approximately 2320 hours, **Cristina RIVERA (Defendant)**, applied for admission into the United States at the San Ysidro, California Port of Entry as the sole visible occupant of a 2008 Chrysler Town and Country LX. A U.S. Customs and Border Protection (CBP) Officer received a State of California Driver License and asked Defendant to declare her citizenship, vehicle ownership, customs declaration, and her destination. Defendant replied, she was a United States Citizen, the vehicle was a rental, she had nothing to declare, and she was on her way home, to San Diego, California. The CBP Officer inspected the vehicle's interior, and noticed a natural factory compartment "Stow-n-go" area had been modified and was not operational. A second CBP Officer arrived on scene and noticed the same. Both officers attempted to open the compartment and noticed what appeared to be a person. The CBP Officers apprehended the Defendant, and escorted the vehicle and Defendant into Vehicle Secondary for further inspection.

In secondary, CBP Officers removed the middle bench seat, and attempted to pry open the compartment, but were unsuccessful. The access to the compartment was attached to the floor of the vehicle by bolts which had to first be removed. The bolts were removed and the access panel was lifted revealing an adult male concealed within the compartment of the vehicle. The adult male was later determined to be a citizen of Mexico without entitlements to enter the United States. The adult male is now identified as, **Victor VILLEGAS-Tellez,** and was held as a Material Witness.

During a videotape proceeding, Defendant was advised of her Miranda rights and elected to submit to questioning without benefit of counsel. Defendant stated she went to Mexico to visit with family and friends and to pick up the vehicle and drive it back into the United States. Defendant admitted that she did in fact have knowledge prior picking up the vehicle that she was going to smuggle at least one undocumented alien into the United States. Defendant stated she was to receive $1,000.00 USD for driving the vehicle into the United States and smuggling the concealed undocumented alien. Defendant stated she was instructed to drop off the concealed alien at a pre-determined location in San Ysidro, California.

On a videotaped interview, Material Witness admitted he is a citizen of Mexico without legal rights to enter, reside or remain in the United States. Material Witness stated he was to pay approximately $500.00 USD to be smuggled into the United States. Material Witness stated he was en route to Santa Ana, California to reside with his wife and children and seek employment.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Honorable William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE